Entered on Docket
May 19, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 18, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____



1 EDWARD G. SCHLOSS
CA BAR NO. 102858
2 3637 Motor Avenue, Suite 220
Los Angeles, California 90034
3 Tel: (310) 733-4488
Fax: (310) 836-4888
4 B23485/rb

5 Attorneys for Movant
TRA PARTNERS, LLC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 11-43140-EDJ |
| | ) |
| | ) R.S. No. EGS-47 |
| LESLIE PATRICE BARNES MARKS, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) ORDER VACATING AND |
| | ) ANNULLING AUTOMATIC STAY |
| | ) 11 U.S.C. 362(d)(4) |
| | ) |
| | ) Hearing- |
| | ) Date : May 6, 2011 |
| | ) Time : 10:00 a.m. |
| | ) Place: United States Bankruptcy Court |
| | )        1300 Clay Street |
| | )        Courtroom 215 |
| | )        Oakland, CA |
| | ) |
| | ) Honorable Edward D. Jellen |

Movant's Motion for Relief from Automatic Stay came on for hearing on May 6, 2011 at 10:00 a.m., before the Honorable Edward D. Jellen. Kevin S. Eikenberry appeared on behalf of Movant, TRA PARTNERS, LLC. Leslie Marks appeared on her own behalf. There were no other appearances.

The Court, having considered the Court records and files, and with good cause appearing therefor, makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

1

Case: 11-43140   Doc# 37   Filed: 05/18/11   Entered: 05/19/11 08:25:31   Page 1 of 4

Stay in the above-entitled bankruptcy proceeding is annulled as to Movant, its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest, may hereafter proceed with all lawful remedies to obtain possession of the subject property, generally described as 3099 Suter Street, Oakland, CA and legally described as:

> PORTION OF LOTS 10,11 AND 12, IN BLOCK K, OF "OAKLAND HEIGHTS, 1512", FILED APRIL 12, 1912, IN MAP BOOK 26, PAGE 79, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:
>
> BEGININNG AT THE POINT OF INTERSECTION OF THE SOUTHWESTERN LINE OF SUTER, FORMELY MAINE STREET, WITH NORTHWESTERN LINE OF CURRAN AVE, AS SAID STREET AND AVENUE ARE SHOWN ON THE MAP HEREIN REFERRED TO RUNNING THENCE NORTHWESTERLY ALONG SAID LINE OF SUTER, FORMERLY MAINE STREET, 60 FEET; THENCE AT RIGHT ANGLES SOUTHWESTERLY FORTY FEET TO THE NORTHWESTERN LINE OF CURRAN AVENUE; THENCE NORTHEASTERLY ALONG SAID LINE OF CURRAN AVENUE 100 FEET TO THE POINT OF BEGINNING.

pursuant to California Code of Civil Procedure Section 1161(a), including continuing with the prosecution of the unlawful detainer lawsuit pending in Alameda County Superior Court, case number RG10545629, and with any other lawful action necessary to obtain complete possession of the subject property without further Court order or proceeding being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that as the automatic stay is annulled, there was no automatic stay in effect when Movant filed a Motion for Judgement Notwithstanding the Verdict, on March 30, 2011, in Alameda Superior Court, case number RG10545629.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the granting of this motion is without prejudice to any claims pending in state court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF ORDER**

1

2                                    **COURT SERVICE LIST**

3

4  ATTORNEY FOR MOVANT:
   EDWARD G. SCHLOSS
5  3637 MOTOR AVENUE, SUITE 220
   LOS ANGELES, CA 90034
6
   DEBTOR:
7  LESLIE PATRICE BARNES MARKS
   3099 SUTER ST.
8  OAKLAND, CA 94602

9  TRUSTEE:
   MARTHA G. BRONITSK
10 P.O. BOX 5004
   HAYWARD, CA 94540-5004
11
   U.S. TRUSTEE:
12 OFFICE OF THE U.S. TRUSTEE
   1301 CLAY STREET, SUITE 690N
13 OAKLAND, CA 94612

14

15

16

17

18

19

20
   S:\orders\OAK13BLSinrem.MARKS.ORD2.wpd
21

22

23

24

25

26

27

28

3