LESLIE MARKS
3099 SUTER STREET
OAKLAND, CA 94602

TEL: 510/434-9748
FAX: 866/813-8313

FILED
2011 JUL 11 AM 11: 45
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 11-43140 |
| LESLIE PATRICE BARNES MARKS | CHAPTER 13 |
| Debtor. | **RELATED CASES:**<br>USBC DELAWARE: 09-50244; 07-10416<br>9TH CIR. COURT OF APPEAL: 10-16811;<br>10-16799 AND 10-17811<br>ACSC CASE NOS:<br>CASE NO: RG10545629 AND RG10546852<br><br>REQUEST FOR CLARIFICATION OF THIS COURT'S ORDER DENYING RECONSIDERATION |

Plaintiff, Leslie Marks, hereinafter "Marks" hereby requests clarification of this Court's June 27th, 2011 Order Denying Marks motion to deed the Order Vacating and Annulling the Automatic Stay to TRA Partners as void. Marks respectfully seeks clarification of the determination that the motion is "not well grounded."

With all due respect to this Court, Marks properly alleged that TRA Partners were NOT and they admitted they were NOT creditors of Marks. TRA Partners filed no Proof of Claim, and have presented NO EVIDENCE of any kind in any court, other than a handwritten receipt as evidence of purchase for value. The Loan number upon which the foreclosure was based is NOT a loan to which Marks has EVER had any obligation. Now Mark and her disabled son are

-1-

REQUEST FOR CLARIFICATION

HOMELESS, as a direct result of the failure of this Court to protect her and her family from the unlawful theft of her home. With all due respect, it appears to Marks this court would have granted relieve to any party requesting such relief without any fair review of the evidence submitted – and as in this case – whether or not they are even remotely related to the case and entitled to the relief requested. As such, Marks respectfully requests, clarification with specificity, of this Court's June 27th Order.

July 7, 2011

*Leslie Marks*
LESLIE MARKS

Entered on Docket
June 27, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 27, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 11-43140 EDJ
                                         Chapter 13
LESLIE PATRICE BARNES MARKS,

_____Debtor./

### ORDER DENYING MOTION

On May 19, 2011, the court entered its Order Vacating and Annulling Automatic Stay as to TRA Partners, LLC. On June 13, 2011, Leslie Barnes Marks, the above-named debtor (the "Debtor") filed her Motion to Determine Judgment to Annul the Automatic Stay as a Void Judgment. The court has reviewed the Debtor's motion, and concludes that it is not well-grounded. The Debtor's motion to void the May 19, 2011 Order Vacating and Annulling Automatic Stay is accordingly DENIED.

**END OF ORDER**

Order Denying Motion for Reconsideration of Dismissal Order



**PRIORITY** POSTING AND PUBLISHING

TRUSTEE SALE (✓)
TRUSTOR PAYMENT ( )

*This is the Only Evidence of Purchase for value.*

## RECEIPT OF FUNDS AND INSTRUCTIONS

K

T.S. NO. 10-09036-6  PRIORITY NO. 727654  DATE 10-20-10
TRUSTEE Fidelity National Title Company
ADDRESS 477 Devlin Rd. # 100
CITY Napa   STATE CA  ZIP 94558
PHONE NO. Merizyl Jekins   CONTACT 949-629-5730

| CHECK NO. | NAME OF BANK | AMOUNT |
|---|---|---|
| 001300868 | Wells Fargo Bank | $ 200,000.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

TOTAL OF ANY CASH RECEIVED $ 

SUCCESSFUL BID $ 193,000.00   TOTAL RECEIVED $ 200,000.00
TRANSFER TAX $ 0   AMOUNT REQUIRED $ 193,000.00
RECORDING FEES $ 0   REFUND AMOUNT $ 7,000.00
REFUND PAYABLE TO TRA Partners LLC
RECEIVED BY Ron Ancheta   BUYERS SIGNATURE [signature]
BUYERS NAME Trevor Askew   DRIVERS LICENSE NO. B4346674
TITLE TO PROPERTY TO BE VESTED AS FOLLOWS TRA Partners LLC

ADDRESS 360 Grand Ave # 347
CITY Oakland   STATE CA ZIP 94610
PHONE NO. 408-489-4968

EXHIBIT

Case: 11-43140   Doc# 51   Filed: 07/11/11   Entered: 07/12/11 09:46:11   Page 4 of 4